## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 15-9181 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| Brigitte Johnson | : | ORDER OF RELEASE |
| | : | |

The Court orders the defendant, __Brigitte Johnson__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: __October 8, 2015__

__[signature]__  __8-6-2015__
DEFENDANT  DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

__[signature]__
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

__8/6/15__
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

__Leslie Richardson__
U.S. PRETRIAL SERVICES OFFICER